| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | QUINN HOCHHALTER |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-83 |
|---|---|
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING; REQUEST FOR ADMIT/DENY HEARING; AND ORDER |
| v. | |
| JAMES ROBERT ARIAS, | DATE: February 20, 2018 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on February 20, 2018.

2. The parties now move the Court to vacate the preliminary hearing scheduled for February 20, 2018.

3. The parties request the Court set an Admit/Deny hearing before the Honorable Judge Kimberly J. Mueller. The parties propose scheduling the hearing on Wednesday, February 21, 2018.

IT IS SO STIPULATED.

Dated: February 16, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: February 16, 2018

/s/ SEAN RIORDAN
SEAN RIORDAN
Counsel for Defendant
james robert arias

**ORDER**

1. The preliminary hearing scheduled for Tuesday, February 20, 2018, before the Honorable Deborah Barnes is VACATED.

2. The matter is set for an Admit/Deny Hearing before the Honorable Kimberly J. Mueller on Wednesday, February 21, 2018.

IT IS SO FOUND AND ORDERED.

Dated: February 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE