UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES ROBERT ARIAS,<br><br>　　　　　Defendant. | No.  2:17-cr-00083-KJM<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JAMES ROBERT ARIAS; Case No. 2:17-cr-00083-KJM, from custody for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　___　Unsecured Appearance Bond

　　　　　___　Appearance Bond with 10% Deposit

　　　　　___　Appearance Bond with Surety

　　　　　___　Corporate Surety Bail Bond

　__X__ (Other): Time Served as of 12/14/2023; Defendant to be released from the U.S. Marshal's Office no later than 12:00 PM on 12/14/2023 to Assistant Federal Defender Linda Harter.

Issued at Sacramento, California on __12/13/23__, at __10:27 a.m.__

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Kimberly J. Mueller
　　　　　　　　　　　　　　　　　United States District Judge