UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES ROBERT ARIAS,<br><br>　　　　　　Defendant. | No. 2:17-cr-00083-KJM<br><br>**AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JAMES ROBERT ARIAS;

Case No. 2:17-cr-00083-KJM, from custody for the following reasons:

　　___ Release on Personal Recognizance

　　___ Bail Posted in the Sum of $

　　　　　　___ Unsecured Appearance Bond

　　　　　　___ Appearance Bond with 10% Deposit

　　　　　　___ Appearance Bond with Surety

　　　　　　___ Corporate Surety Bail Bond

　　_X_ (Other): <u>Time Served as of 12/14/2023; Defendant to be released from the Sacramento County Main Jail no later than 12:00 PM on 12/14/2023 to Assistant Federal Defender Linda Harter.</u>

Issued at Sacramento, California on __12/13/23__, at __11:45 a.m.__ .

　　　　　　　　　　　　　　　　　　　　　_/s/ signature_
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE